IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

    Plaintiff,                    No. CIV S-11-1638 JAM GGH (TEMP)

    vs.

SUTTER COUNTY SUPERIOR
COURT, et al.,

    Defendants.           <u>ORDER</u>

/

       This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se. Plaintiff filed a proposed substitution of attorney, which was approved by the District Judge on June 23, 2011. Because plaintiff is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

       Accordingly, IT IS HEREBY ORDERED that:

       1. This matter is referred back to the District Judge assigned to this action.

       2. All dates pending before the undersigned are vacated; and

////

////

1    3. Henceforth the caption on documents filed in this action shall be
2  CIV S-11-1638 JAM GGH.
3          IT IS SO ORDERED.
4  DATED: June 27, 2011

                                        /s/ Gregory G. Hollows
5                                       UNITED STATES MAGISTRATE JUDGE

6  louie.ref