KEITH D. CABLE (SBN 170055)
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
Telephone:  (916) 608-7995
Facsimile:   (916) 608-7986

Attorneys for Plaintiff
GEORGE S. LOUIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>              Plaintiff,<br><br>v.<br><br>SUTTER SUPERIOR COURT CLERK'S OFFICE, et al.,<br><br>              Defendants. | Case No. 2:11-CV-1638-JAM-GGH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>**[FRCP 41(a)(2)** |

Plaintiff GEORGE S. LOUIE and Defendants CALIFORNIA JUDICIAL COUNCIL, SACRAMENTO SUPERIOR COURT and SUTTER COUNTY SUPERIOR COURT, by and through their undersigned counsel, hereby stipulate to and jointly request that this Court enter an order of dismissal with prejudice as to Plaintiff's Complaint, pursuant to FRCP 41(a)(2).  Each party to bear their own attorney's fees and costs.

Dated:  March 13, 2012            By:  */s/ Keith D. Cable, Esq.*
                                                      KEITH D. CABLE, ESQ.
                                                      Attorney for Plaintiff

Dated:  March 13, 2012            By:  */s/ Kathi E. Finnerty, Esq.*
                                                      KATHI E. FINNERTY, ESQ.
                                                      Attorney for Defendants

1
Stipulation for Dismissal With Prejudice; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice. Each party to bear their own attorney's fees and costs.

Dated:   3/13/2012                         /s/ John A. Mendez
                                           UNITED STATES DISTRICT COURT JUDGE